**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                                    Case No. 10 B 47813

        Latrena L Harthrone


        Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/26/2010.

2) The plan was confirmed on 01/04/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/04/2011, 09/25/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/22/2012.

5) The case was Converted on 02/26/2013.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | | |
|---|---|---:|
| Total paid by or on behalf of the debtor | $7,595.50 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$7,595.50** |

**Expenses of Administration:**

| | | |
|---|---|---:|
| Attorney's Fees Paid Through the Plan | $3,514.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $370.28 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,884.28** |
| Attorney fees paid and disclosed by debtor: | $0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Aaron's Inc | Secured | 1,403.00 | 400.00 | 400.00 | 254.32 | 16.27 |
| Aaron's Inc | Unsecured | 1,403.00 | NA | NA | 0.00 | 0.00 |
| Alpine Direct Services | Unsecured | 325.00 | 430.00 | 430.00 | 0.00 | 0.00 |
| American Collections & Credit | Unsecured | 544.00 | NA | NA | 0.00 | 0.00 |
| AmSher Collection Services | Unsecured | 1,183.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 269.60 | NA | NA | 0.00 | 0.00 |
| Bally Total Fitness | Unsecured | 991.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 384.00 | NA | NA | 0.00 | 0.00 |
| CBE Group | Unsecured | 2,096.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 2,000.00 | 2,092.61 | 2,092.61 | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 777.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 6,331.00 | 6,711.40 | 6,711.40 | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 1,108.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 471.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 932.00 | NA | NA | 0.00 | 0.00 |
| Lou Harris | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| Marauder Corporation | Unsecured | 1,661.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 708.00 | NA | NA | 0.00 | 0.00 |
| National Credit Solution | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| Pack Management Group | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Payday One | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 962.00 | 989.76 | 989.76 | 0.00 | 0.00 |
| Professional Account Management | Unsecured | 992.00 | NA | NA | 0.00 | 0.00 |
| Professional Account Management | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Rolling Meadows Court House | Unsecured | 655.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Sangamore Financial | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | NA | 11,250.24 | 11,250.24 | 0.00 | 0.00 |
| Scheck & Siress Inc | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Unique National Collection | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 372.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| Universal Special Auto Finance | Secured | 16,455.00 | 22,737.94 | 16,375.00 | 2,536.74 | 903.89 |
| Universal Special Auto Finance | Unsecured | 16,455.00 | 6,362.94 | 6,362.94 | 0.00 | 0.00 |
| West Suburban Medical Center | Unsecured | NA | 2,346.08 | 2,346.08 | 0.00 | 0.00 |
| Zip Cash | Unsecured | 657.90 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $16,775.00 | $2,791.06 | $920.16 |
| **TOTAL SECURED:** | **$16,775.00** | **$2,791.06** | **$920.16** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$30,183.03** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,884.28 |
| Disbursements to Creditors | $3,711.22 |
| **TOTAL DISBURSEMENTS :** | **$7,595.50** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/16/2013                              By: /s/ Marilyn O. Marshall
                                                      Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**